# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Q.J. v. PowerSchool Holdings LLC, et al.

Case Number: 23 cv 5689

An appearance is hereby filed by the undersigned as attorney for:

Q.J., a minor, through his parent and legal guardian, J.J.

Attorney name (type or print): Scott R. Drury

Firm: Drury Legal, LLC

Street address: 6 Carriage Lane

City/State/Zip: Highwood, IL 60040

Bar ID Number: 6255867
(See item 3 in instructions)

Telephone Number: (312) 358-8225

Email Address: scott@drurylegal.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 18, 2023

Attorney signature: S/ Scott R. Drury
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023