IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Q.J., a minor, through his parent and legal guardian, J.J., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  -vs-<br><br>POWERSCHOOL HOLDINGS LLC, et al.,<br><br>          Defendants. | Case No.: 1:23-cv-05689<br><br>Hon. Jorge L. Alonso |

**JOINT STATUS REPORT**

Pursuant to the Court's October 10, 2023 Order (Dkt. 26), Plaintiff Q.J. and Defendants PowerSchool Holdings LLC ("PowerSchool"); Hobsons, Inc. ("Hobsons"); Heap Inc. ("Heap") and Board of Education of the City of Chicago ("CPS") (defendants, collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties"), by and through their undersigned attorneys, submit this Joint Status Report.

In the Parties' Joint Motion to Stay Discovery and for an Extension of Time to Answer or Otherwise Respond to Complaint (Dkt. 23), the Parties informed the Court that Plaintiff, PowerSchool, Hobsons and CPS (the "Mediating Parties") agreed to mediate this matter before the Honorable James F. Holderman (Ret.) on December 7, 2023. *Id.* ¶ 3. In the motion, the Parties requested that the Court stay all previously-set discovery deadlines and extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Class Action Complaint until and including November 29, 2023. *Id.* ¶ 5. Further, the Parties informed the Court that in a future Joint Status Report they would: (a) update the Court on the status of the Mediating Parties' pre-

mediation efforts and whether there is a continuing need for a stay; and (b) potentially request a further extension of Defendants' deadline to answer or other respond to the Class Action Complaint if the mediation was on track to proceed. *Id.* ¶ 6.

The mediation remains on track to proceed. The Mediating Parties have continued to engage in pre-mediation discussions and have begun engaging in mediation-related informal discovery. An initial pre-mediation telephone conference with Judge Holderman is scheduled on November 8, 2023. The mediation date remains December 7, 2023.

In light of the above, the Parties respectfully request that the Court continue the stay of previously set discovery deadlines and extend the deadline for Defendants to answer or otherwise respond to the Class Action Complaint to December 21, 2023. Further, the Parties respectfully submit that the Court order the Parties to file a further joint status report on December 13, 2023 to update the Court on the December 7, 2023 mediation.

Dated: November 6, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: */s/ Scott R. Drury*<br>  Scott R. Drury<br>  DRURY LEGAL, LLC<br>  6 Carriage Lane<br>  Highwood, IL 60040<br>  (312) 358-8225<br>  scott@drurylegal.com<br><br>  *Counsel for Plaintiff and Putative Class Members* | By: */s/ Martin L. Roth*<br>  Martin L. Roth, P.C.<br>  Alyssa C. Kalisky<br>  Amelia H. Bailey<br>  KIRKLAND & ELLIS LLP<br>  300 North LaSalle<br>  Chicago, IL 60654<br>  (312) 862-2000<br>  (312) 862-2200<br>  martin.roth@kirkland.com<br>  alyssa.kalisky@kirkland.com<br>  amelia.bailey@kirkland.com |

        Olivia Adendorff, P.C.
        (*pro hac vice forthcoming*)
        KIRKLAND & ELLIS LLP
        4550 Travis Street
        Dallas, TX 75205
        (214) 972-1770
        olivia.adendorff@kirkland.com

        *Counsel for PowerSchool Holdings LLC and Hobsons, Inc.*

By: */s/ Josh M. Kantrow*
        Josh M. Kantrow
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        550 West Adams Street
        Suite 300
        Chicago, IL 60661
        (312) 463-3445
        (312) 345-1778
        Josh.kantrow@lewisbrisbois.com

        Jon P. Kardassakis
        (*pro hac vice forthcoming*)
        LEWIS BRISBOIS BISGAARD & SMITH LLP
        633 W. 5th Street
        Suite 4000
        Los Angeles, CA 90071
        (312) 680-5040
        (312) 250-7900
        Jon.kardassakis@lewisbrisbois.com

        *Counsel for Heap Inc.*

By: */s/ Thomas Arthur Doyle*
        Thomas Arthur Doyle
        1 N Dearborn Street
        9th Floor
        Chicago, IL 60602
        (773) 553-1720
        Tadoyle2@cps.edu

        *Counsel for Board of Education of the City of Chicago*

3

## **CERTIFICATE OF SERVICE**

      I certify that on November 6, 2023, I electronically filed the foregoing document and any such attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                                                */s/ Scott R. Drury*