IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Q.J., a minor, through his parent and legal guardian, J.J., individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   -vs-<br><br>POWERSCHOOL HOLDINGS LLC, *et al.*,<br><br>               Defendants. | Case No.: 1:23-cv-05689<br><br>Hon. Jorge L. Alonso |

## JOINT STATUS REPORT

Pursuant to the Court's November 13, 2023 Order (Dkt. 32) directing the parties to file a Joint Status Report on the status of mediation, Plaintiff Q.J. and Defendants PowerSchool Holdings LLC ("PowerSchool"); Hobsons, Inc. ("Hobsons"); Heap Inc. ("Heap") and Board of Education of the City of Chicago ("CPS") (defendants, collectively, "Defendants") (Plaintiff and Defendants, collectively, the "Parties"), by and through their undersigned attorneys, submit this Joint Status Report.

On December 7, 2023, Plaintiff, PowerSchool, Hobsons and CPS (the "Mediating Parties") participated in a mediation before the Honorable James F. Holderman (Ret.). The mediation was not successful in resolving the dispute. Pursuant to the November 13, 2023 Order, the deadline for Defendants to answer or otherwise plead is December 21, 2023.

Dated: December 13, 2023

Respectfully submitted,

By: */s/ Scott R. Drury*
    Scott R. Drury
    DRURY LEGAL, LLC
    6 Carriage Lane
    Highwood, IL 60040
    (312) 358-8225
    scott@drurylegal.com

    *Counsel for Plaintiff and Putative Class Members*

By: */s/* Martin L. Roth
    Martin L. Roth, P.C.
    Alyssa C. Kalisky
    Amelia H. Bailey
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60654
    (312) 862-2000
    (312) 862-2200
    martin.roth@kirkland.com
    alyssa.kalisky@kirkland.com
    amelia.bailey@kirkland.com

    Olivia Adendorff, P.C.
    (*pro hac vice forthcoming*)
    KIRKLAND & ELLIS LLP
    4550 Travis Street
    Dallas, TX 75205
    (214) 972-1770
    olivia.adendorff@kirkland.com

    *Counsel for PowerSchool Holdings LLC and Hobsons, Inc.*

By: */s/ Josh M. Kantrow*
    Josh M. Kantrow
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    550 West Adams Street
    Suite 300
    Chicago, IL 60661
    (312) 463-3445
    (312) 345-1778
    Josh.kantrow@lewisbrisbois.com

    Jon P. Kardassakis
    (*pro hac vice forthcoming*)
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    633 W. 5th Street
    Suite 4000
    Los Angeles, CA 90071
    (312) 680-5040
    (312) 250-7900

Jon.kardassakis@lewisbrisbois.com

*Counsel for Heap Inc.*

By: <u>*/s/ Christopher J. Esbrook*</u>
     Christopher J. Esbrook
     Zachary L. Sorman
     ESBROOK, P.C.
     321 N. Clark, Suite 1930
     Chicago, IL 60654
     (312) 319-7680
     christopher.esbrook@esbrook.com
     zachary.sorman@esbrook,com

*Counsel for Board of Education of the City of Chicago*

## **CERTIFICATE OF SERVICE**

      I certify that on December 13, 2023, I electronically filed the foregoing document and any such attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                                            */s/ Scott R. Drury*