**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| QJ, a minor (through his parent and legal guardian, JJ), individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 23-CV-5689 |
| v. | ) ) | Judge Jorge L. Alonso |
| POWERSCHOOLS HOLDINGS LLC, *et al,* | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO'S**
**MOTION TO DISMISS OR STRIKE**

Pursuant to rules 12(b)(1), 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, Defendant Board of Education of the City of Chicago (hereinafter "the Board"), moves to dismiss Count Fourteen of the Complaint, which is the only claim asserted against it. In the alternative, the Board moves to strike portions of Plaintiff's Prayer for Relief to the extent it seeks remedies from the Board that are not permitted by law.

WHEREFORE, the Board respectfully requests that the Court dismiss the claims against it with prejudice, or in the alternative, strike the portions of the Prayer for Relief that seek statutory damages, punitive damages, or attorneys' fees.

Respectfully submitted,

**DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO**

December 21, 2023

By: /s/ Christopher J. Esbrook
Christopher J. Esbrook
Zachary L. Sorman
Esbrook, P.C.
321 N. Clark Street
Suite 1930
Chicago, IL 60654
(312) 319-7680
Christopher.Esbrook@esbrook.com
Zachary.Sorman@esbrook.com

Ruchi Verma, General Counsel
Thomas A. Doyle, Assistant Deputy General Counsel
Board of Education of the City of Chicago
Department of Law
One North Dearborn Street
Suite 900
Chicago, Illinois 60602
773-553-1720
tadoyle2@cps.edu

*Counsel for Board of Education of the City of Chicago*

## CERTIFICATE OF SERVICE

I certify that on December 21, 2023, I caused a copy of the foregoing document to be served upon Counsel of Record, via the Court's electronic filing system.


/s/  Christopher J. Esbrook____