IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Q.J., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:23-CV-05689 |
| POWERSCHOOL HOLDINGS LLC ET AL., ) ) | Hon. Jorge L. Alonso |
| Defendant. ) ) | |

### NOTICE OF CHANGE OF ADDRESS OF KIRKLAND & ELLIS LLP

**PLEASE TAKE NOTICE** that effective May 28, 2024, the address, telephone number, and facsimile number of the Chicago office of Kirkland & Ellis LLP, Counsel for Defendant PowerSchool Holdings LLC, will change to:

> Kirkland & Ellis LLP
> 333 West Wolf Point Plaza
> Chicago, IL 60654
> Telephone: (312) 862-2000
> Facsimile: (312) 862-2200

Date: May 28, 2024 Respectfully submitted,

/s/ *Martin L. Roth*
Martin Roth

Martin L. Roth, P.C.
Alyssa C. Kalisky
Amelia H. Bailey
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
(312) 862-2200
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C.
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
(214) 972-1770
olivia.adendorff@kirkland.com

*Counsel for PowerSchool Holdings LLC, Hobsons, Inc., Unknown Employees and Officers of PowerSchool Holdings, LLC, and Unknown Employees and Officers of Hobsons, Inc.*

3

**CERTIFICATE OF SERVICE**

I certify that on May 28, 2024, I electronically filed the foregoing document and any attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Martin L. Roth*
Martin L. Roth