**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Q.J.,                  )<br><br>        Plaintiff,   )<br><br>    -vs-           )<br><br>POWERSCHOOL HOLDINGS LLC, et al.,   )<br><br>      Defendants.  )<br>               )<br>               ) | Case No.: 1:23-cv-05689<br><br>Hon. Jorge L. Alonso |

**POWERSCHOOL AND CPS DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)
AND, IN THE ALTERNATIVE,
FOR A MORE DEFINITE STATEMENT PURSUANT TO RULE 12(E)**

Defendants PowerSchool Holdings LLC, Hobsons, Inc., Unknown Employees and Officers of PowerSchool Holdings, Unknown Employees and Officers of Hobsons, Inc. (collectively "PowerSchool"), and in relevant part the Board of Education of the City of Chicago ("CPS"), respectfully move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the claims against them in the First Amended Class Action Complaint of Plaintiff Q.J. (ECF 118, 119), with prejudice, or, in the alternative, for a more definite statement pursuant to Rule 12(e), and any other relief the Court finds appropriate. In support of this Motion, PowerSchool and CPS submit their accompanying Memorandum of Law.

Dated: February 27, 2025          Respectfully submitted,

By: */s/ Martin L. Roth*

Martin L. Roth, P.C.
Alyssa C. Kalisky, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
(312) 862-2200
martin.roth@kirkland.com
alyssa.kalisky@kirkland.com
amelia.bailey@kirkland.com

Olivia Adendorff, P.C. (*pro hac vice*)
Barira Munshi (*pro hac vice*)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
(214) 972-1770
olivia.adendorff@kirkland.com
barira.munshi@kirkland.com

*Counsel for PowerSchool Holdings LLC, Hobsons, Inc., Unknown Employees and Officers of PowerSchool Holdings, LLC, and Unknown Employees and Officers of Hobsons, Inc.*

By: */s/ Christopher J. Esbrook*

Christopher J. Esbrook
Zachary L. Sorman
Esbrook P.C.
321 N. Clark, Suite 1930
Chicago, IL 60654
(312) 319-7680
christopher.esbrook@esbrook.com
zachary.sorman@esbrook.com

Ruchi Verma, General Counsel
Thomas A. Doyle, Assistant Deputy General Counsel
Board of Education of the City of Chicago

2

Department of Law
One North Dearborn Street, Suite 900
Chicago, Illinois 60602
(773) 553-1720
tadoyle2@cps.edu

*Counsel for Board of Education of
the City of Chicago*

Case: 1:23-cv-05689 Document #: 135 Filed: 02/27/25 Page 3 of 4 PageID #:1657

3

## **CERTIFICATE OF SERVICE**

I certify that on February 27, 2025, I electronically filed the foregoing document and any attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.


/s/ *Martin L. Roth*
Martin L. Roth, P.C.