## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Q.J.

                Plaintiff,

v.
                              Case No.: 1:23−cv−05689
                              Honorable Jorge L. Alonso

PowerSchool Holdings LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: The Parties' Joint Notice of settlement and agreed motion to vacate the dismissal of Heap, Inc. and stay or continue proceedings [205] is granted. Plaintiff's Motion for reconsideration [183] is denied as moot. An in person hearing for preliminary approval of the class action settlement is set for 2/25/26 at 10:00 a.m. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.