UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Q.J., a minor, through his parent and legal guardian, J.J., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

POWERSCHOOL HOLDINGS LLC, et al.,

        Defendants.

Case No.: 23-CV-05689

Honorable Jorge L. Alonso

## DEFENDANT HEAP INC.'S UNOPPOSED MOTION FOR TELEPHONE APPEARANCE AT PRELIMINARY APPROVAL HEARING

Defendant Heap Inc. ("Heap"), by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully moves this Honorable Court for leave to appear by telephone at the upcoming Motion for Preliminary Approval of Class Action Settlement hearing, and in support states as follows:

1. The hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is scheduled for February 25, 2026, at 10:00 a.m., to be held in person at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 1903, Chicago, Illinois. (Dkt. 206.)

2. Josh Kantrow, counsel for one of the three defendants, Heap, had a previously scheduled out-of-state family vacation planned prior to the setting of this hearing. The trip is approximately 900 miles away, and he is therefore unable to attend the hearing in person.

3. Mr. Kantrow is able and willing to appear by telephone for the hearing.

4. Counsel for all parties have indicated that they do not oppose this motion.

171640005.1

WHEREFORE, Defendant Heap Inc., by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, respectfully requests that this Court grant its Unopposed Motion for Remote Appearance and enter an order permitting its counsel, Josh Kantrow, to appear remotely— via telephone —at the Preliminary Approval hearing on February 25, 2026, at 10:00 a.m., and grant such other relief as the Court deems just and proper.

Date:  February 19, 2026                                        Defendant Heap, Inc.


By: /s/ ***Josh M. Kantrow***
Josh M. Kantrow

Josh M. Kantrow
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 463-3445
(312) 345-1778
Josh.Kantrow@lewisbrisbois.com


### CERTIFICATE OF SERVICE

I certify that on February 19, 2026, I electronically filed the foregoing document and any such attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Josh M. Kantrow*
Josh M. Kantrow

171640005.1  2