IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Q.J., A MINOR, THROUGH HIS PARENT AND LEGAL GUARDIAN, J.J., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> POWERSCHOOL HOLDINGS LLC, et al., <br><br> Defendants. | Case No. 23-cv-05689 <br><br> Hon. Jorge L. Alonso |

## NOTICE OF MOTION

On **Tuesday, March 3, 2026 at 9:30 a.m.**, Defendant, Board of Education of the City of Chicago, shall appear before the Honorable Jorge L. Alonso of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 1903, Chicago, Illinois 60604, and present **Defendant, Board of Education's Motion to Withdraw Attorney Appearance**.

Dated: February 24, 2026

Respectfully Submitted,

**DEFENDANT BOARD OF EDUCATION OF THE CITY OF CHICAGO**

Elizabeth K. Barton, Acting General Counsel

By: *s/Thomas A. Doyle*
Thomas A. Doyle
Assistant Deputy General Counsel
Board of Education of the City of Chicago
Law Department, 1 N. Dearborn St., Ste. 900
Chicago, Illinois 60602 (773) 553-1735
tadoyle2@cps.edu

## **CERTIFICATE OF SERVICE**

I, Thomas A. Doyle, hereby certify that I served the attached **Notice of Motion** to all parties of record *via* the Court's CM-ECF E-Filing on February 24, 2026.

By: *s/ Thomas A. Doyle*
Thomas A. Doyle