**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Q.J.

                                     Plaintiff,

v.                                                     Case No.: 1:23−cv−05689
                                                              Honorable Jorge L. Alonso

PowerSchool Holdings LLC, et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 24, 2026:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Agreed Motion for leave to exceed page limitation [210] is granted. Motion hearing date of 2/25/26 at 9:30 a.m. is stricken. Defendant Board of Education's Motion to withdraw attorney appearance [214] is granted. Attorney Thomas A. Doyle is given leave to withdraw as counsel for Defendant. Motion hearing date of 3/3/26 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.