**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Q.J.

Plaintiff,

v.

Case No.: 1:23−cv−05689
Honorable Jorge L. Alonso

PowerSchool Holdings LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: In Court Hearing on settlement approval held. For the reasons stated on the record, Plaintiff's Motion for final approval of class action settlement [243] is granted. Plaintiff's Motion for attorney's fees and service award [237] is granted. Enter Final Judgment Order. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.